1   BARRY E. HINKLE, Bar No. 071223
    PATRICIA A. DAVIS, Bar No. 179074
2   CONCEPCÍN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone 510.337.1001
5   Fax 510.337.1023

6   Attorneys for Plaintiff

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their           ) Case No.      CV 09 0212 CW (EDL)
    capacities as Trustees of the LABORERS    )
12  HEALTH AND WELFARE TRUST FUND             )
    FOR NORTHERN CALIFORNIA;                  )
13  LABORERS VACATION-HOLIDAY TRUST           )
    FUND FOR NORTHERN CALIFORNIA;             ) **STIPULATION TO SET ASIDE**
14  LABORERS PENSION TRUST FUND FOR           ) **DEFAULT; ORDER**
    NORTHERN CALIFORNIA; and LABORERS         )
15  TRAINING AND RETRAINING TRUST             )
    FUND FOR NORTHERN CALIFORNIA,             )
16                                            )
                    Plaintiff,                )
17                                            )
            v.                                )
18                                            )
    SYLVIA HERNANDEZ, Individually;           )
19  SYLVIA HERNANDEZ, Individually and        )
    doing business as SYLVIA'S CLEANING       )
20  SERVICE; SYLVIA'S CLEANING SERVICE,       )
                                              )
21                  Defendants.               )
                                              )
22  _____

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION TO SET ASIDE DEFAULT; ORDER                                    Case No. CV 09 0212 CW

1    The parties hereby stipulate and request that the Court set aside the Default entered in the

2    above-referenced matter.  Defendants will file an answer to Plaintiffs' Complaint by May 8, 2009.

3

4    Dated: _____

5                                                          SYLVIA HERNANDEZ, Individually; SYLVIA
                                                           HERNANDEZ, Individually and doing business as
                                                           SYLVIA'S CLEANING SERVICE; SYLVIA'S
6                                                          CLEANING SERVICE

7

8                                                          By:   _____
                                                                 SYLVIA HERNANDEZ
                                                                 In Pro Per
9
     Dated: _____
10

11                                                         WEINBERG, ROGER & ROSENFELD
                                                           A Professional Corporation
12

13                                                         By:   _____
                                                                 CONCEPCION E. LOZANO-BATISTA
                                                                 Attorneys for Defendants
14

15                                                         **ORDER**

16

17

18        IT IS SO ORDERED.

19

20   DATED:   4/27/09

21                                                         _____
                                                           HONORABLE CLAUDIA WILKEN
22                                                         JUDGE OF THE DISTRICT COURT

     120013/528096
23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION TO SET ASIDE DEFAULT; ORDER                                  Case No. CV 09 0212 CW