IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

    Plaintiff,

  v.

SYLVIA HERNANDEZ,

    Defendant.

                                         /

No. C 09-00212 CW

ORDER

Default having been entered by the Clerk on June 11, 2009 as to Sylvia Hernandez, dba Sylvia's Cleaning Services, and Sylvia's Cleaning Service,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to Magistrate Judge Elizabeth Laporte, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for August 4, 2009 is continued to October 6, 2009.

Dated: 6/16/09

                                       CLAUDIA WILKEN
                                       United States District Judge

cc: Wings; EDL

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

        Plaintiff,

  v.

SYLVIA HERNANDEZ et al,

        Defendant.
        _____ /

Case Number: CV09-00212 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sylvia Hernandez
Dba Sylvia's Cleaning Service
1398 El Portal Drive
Merced, CA 95340

Dated: June 16, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California